Sus-0

FILED
CLERK, U.S. DISTRICT COURT

NOV 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )    Case No. 08 - 2838 M
                                   )
                Plaintiff,         )    ORDER OF PRETRIAL DETENTION
                                   )    AFTER HEARING
        v.                         )    (18 U.S.C. § 3142(i))
                                   )
David Barba - Placencia            )
                                   )
                Defendant.         )
_____)

                        I.

A.   ( ) Upon motion of the Government in a case that involves:

        1.   ( ) a crime of violence or an offense listed in

             18 U.S.C. § 2332b(g)(5)(B), for which a

             maximum term of imprisonment of ten (10)

             years or more is prescribed; or

        2.   ( ) an offense for which the maximum sentence is

             life imprisonment or death; or

        3.   ( ) an offense for which a maximum term of

             imprisonment of ten (10) years or more is

             prescribed in the Controlled Substances Act,

             Controlled Substances Import and Export Act

             or Maritime Drug Law Enforcement Act; or

4.   (  ) any felony if defendant has been convicted of
two or more offenses described in
subparagraphs 1-3 above, or two or more state
or local offenses that would have been
offenses described in subparagraphs 1-3 above
if a circumstance giving rise to federal
jurisdiction had existed, or a combination of
such offenses.

5.   (  ) any felony that is not otherwise a crime of
violence that involves a minor victim, or
possession or use of a firearm or destructive
device or any other dangerous weapon, or a
failure to register under 18 U.S.C. § 2250.

B.   Upon motion ( ✓) of by the Government (  ) of the Court <u>sua
sponte</u>, in a case that involves:

1.   ( ✓) a serious risk that defendant will flee;

2.   (  ) a serious risk that defendant will

a.   (  ) obstruct or attempt to obstruct justice;
or

b.   (  ) threaten, injure, or intimidate a
prospective witness or juror or attempt
to do so.

C.   The Government ( ) is ( ✓ is not entitled to a rebuttable
presumption that no condition or combination of conditions will
reasonably assure defendant's appearance as required and the safety of
any person or the community.

2

II.

A.    ( ✓ )    The Court finds by a preponderance of the evidence
               that no condition or combination of conditions
               will reasonably assure the appearance of defendant
               as required;

B.    ( ✓ )    The Court finds by clear and convincing evidence
               that no condition or combination of conditions
               will reasonably assure the safety of any other
               person and the community.

III.

The Court has considered:

A.    ( ✓ )  the nature and circumstances of the offense(s) charged;

B.    ( ✓ )  the weight of the evidence against defendant;

C.    ( ✓ )  the history and characteristics of defendant;

D.    ( ✓ )  the nature and seriousness of the danger to any person
             or the community that would be posed by defendant's
             release;

E.    ( ✓ )  the Pretrial Services Report/Recommendation;

F.    ( ✓ )  the evidence proffered/presented at the hearing;

G.    ( ✓ )  the arguments of counsel.

///

///

///

///

///

///

3

IV.

The Court concludes:

A.   ( _✓_ ) Defendant poses a risk to the safety of other persons
          and the community based on: _defendants_
     _prior criminal history_ _____
     _____
     _____

B.   ( _✓_ ) Defendant poses a serious flight risk based on: _____
     _lack of known background information provided;_
     _defendants immigration status; defendants_
     _non-compliance with prior court ordered release_ _terms and_
                                                        _history lend_
C.   ( ) A serious risk exists that defendant will:     _warrants_
          1.   ( ) obstruct or attempt to obstruct justice;
          2.   ( ) threaten, injure or intimidate a prospective
                    witness or juror or attempt to do so;
     based on: _____
     _____
     _____
     _____

D.   ( ) Defendant has not rebutted by sufficient evidence to
          the contrary the presumption provided in 18 U.S.C.
          § 3142(e) that no condition or combination of
          conditions will reasonably assure the safety of any
          other person and the community;
     and/or

4

1          ( ) Defendant has not rebutted by sufficient evidence to

2              the contrary the presumption provided in 18 U.S.C.

3              § 3142(e) that no condition or combination of

4              conditions will reasonably assure the appearance of

5              defendant as required.

6      IT IS ORDERED that defendant be detained prior to trial.

7      IT IS FURTHER ORDERED that defendant be committed to the custody

8  of the Attorney General for confinement to a corrections facility

9  separate, to the extent practicable, from persons awaiting or serving

10 sentences or persons held in custody pending appeal.

11     IT IS FURTHER ORDERED that defendant be afforded reasonable

12 opportunity for private consultation with defendant's counsel.

13     IT IS FURTHER ORDERED that, on Order of a Court of the United

14 States or on request of an attorney for the Government, the person in

15 charge of the corrections facility in which defendant is confined

16 deliver defendant to a United States Marshal for the purpose of an

17 appearance in connection with a court proceeding.

18     DATED:    11/18/08

19

20

21                        HONORABLE JACQUELINE CHOOLJIAN
                         United States Magistrate Judge

22

23

24

25

26

27

28